**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | CASE NO. CV F 10-1990 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 28.) |
| BTB, INC., et al., | |
| Defendant. | |

_____/

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.    DISMISSES with prejudice this entire action;

2.    VACATES all pending matters; and

3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:    November 17, 2011**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1