IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BTB, INC.,<br>et al.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 10-1990 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 28.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   November 17, 2011**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1